THE STATE, EX REL. ROBERT L. EVANS, INCORPORATED, RELATOR, v. ALVIN J. WILLIAMS, BUILDING INSPECTOR OF THE BOROUGH OF ROSELLE AND THE ZONING BOARD OF ADJUSTMENT OF THE BOROUGH OF ROSELLE, RESPONDENTS.

Decided December 30, 1929.

Before Justices PARKER, BLACK and BODINE.

For the relator, *Alan Bruce Conlin* and *Earl A. Merrill.*

For the respondents, *R. Robinson Chance.*

PER CURIAM.

This is an application for a writ of *mandamus* to compel the issuance of a certificate of occupancy permitting the use by two families of a dwelling at 145 West Fifth avenue, Roselle. The property has a frontage of seventy-five feet on West Fifth avenue and a depth of two hundred feet. Upon the property is a two-story and attic frame house recently remodeled so as to provide accommodation for two families.

Roselle has a zoning ordinance pursuant to the constitution of the state and chapter 274 of the laws of 1928. Under this ordinance relator's property is in a zone where occupancy by two families is forbidden. A similar ordinance was in existence when he purchased the property in 1927.

An appeal from the action of the building inspector in refusing to issue a certificate of occupancy was taken to the board of adjustment, who upheld his action.

There is nothing in the record to rebut the presumption that the ordinance is a reasonable exercise of the police power. *Oxford Construction Co. v. Orange,* 103 *N. J. L.* 355. A

variance between the title and body of an ordinance does not affect its validity. *Hershoff* v. *Beverly,* 45 *N. J. L.* 288; *Loertscher* v. *Jersey City,* 84 *Id.* 537.

*Mandamus* is a discretionary writ. *Koplin* v. *South Orange,* 6 *N. J. Mis. R.* 489; *affirmed,* 7 *N. J. Adv. R.* 348.

The application will be denied.